USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLANDO GARCIA,

                Petitioner,

          -against-                       18 Civ. 5454 (AT) (KHP)

JAMIE LAMANNA,                         **ORDER**

                Respondent.

ANALISA TORRES, District Judge:

       It is hereby ORDERED that Petitioner's request for an extension of time, ECF No. 21, to file his objections to the Honorable Katharine H. Parker's report and recommendation is GRANTED. By Monday, **February 10, 2020**, Petitioner shall file his objections. By **February 24, 2020**, Respondent will file his response.

       The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

       SO ORDERED.

Dated: December 26, 2019
       New York, New York

                                                     ANALISA TORRES
                                                 United States District Judge