UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RONALDO GARCIA

                Petitioner,                18 **CIVIL** 5454 (AT)(KHP)

   -against-                            **JUDGMENT**

JAMIE LAMANNA

                Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 17, 2022, the Court adopted Judge Parker's the Report & Recommendation in its entirety and denies the petition; accordingly, the case is closed.

**Dated:**  New York, New York
August 22, 2022

                **RUBY J. KRAJICK**
                _____
                Clerk of Court
**BY:**
                _____
                **Deputy Clerk**